Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of PETER PELLERIN, Respondent, for Compensation under the Workmen's Compensation Law, v. ENTERPRISE GARNETTING COMPANY, Employer, and the AMERICAN MUTUAL LIABILITY INSURANCE COMPANY,

Insurance Carrier, Appellants.— Award modified by fixing the compensation at twelve dollars and six cents per week, and as modified unanimously affirmed.